AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keir, Duncan W. | U.S. Bankruptcy Court, District of MD | 5/02/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Recall | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

101 W. Lombard Street
Chambers 3B
Baltimore, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/1/11 | Matthew Bender Co., Author - Colliers Bankr. Ency. | $880.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Clayworks, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/11-16/11 | Tampa, FL. | Conference | Travel expense-air fare and 2 nights lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prime Fund Daily Class | A | Dividend | K | T | Sold (part) | 04/25/11 | J | A | |
| 2. Wachovia Bank f/k/a First Union Checking & Savings | A | Interest | J | T | | | | | |
| 3. Stock Tootsie Roll | A | Dividend | J | T | | | | | |
| 4. Nationwide Insurance | B | Interest | K | T | | | | | |
| 5. Bond U.S. Series EE | A | Interest | J | T | | | | | |
| 6. Baltimore County Employee Credit Union | A | Interest | J | T | | | | | |
| 7. Baltimore County Employee Retirement | B | Interest | K | T | | | | | |
| 8. BOND MD ST DEPT TRANS CONS | B | Interest | L | T | | | | | |
| 9. MUT FD PIMCO Total Return | A | Dividend | K | T | | | | | |
| 10. MUT FD Ishares Barclays treasury | B | Dividend | K | T | | | | | |
| 11. MUT FD Ishares Barclays 1-3 year | A | Dividend | K | T | | | | | |
| 12. MUT FD Rydex SGI Mged Fut. | A | Dividend | L | T | | | | | |
| 13. IRA at Fidelity Investments as follows: | | | | | | | | | |
| 14. Fidelity Cash Reserve Fund | A | Dividend | J | T | | | | | |
| 15. MUT FD DAVIS N.Y. VENTURE | A | Dividend | K | T | | | | | |
| 16. MUT FD AMERICAN EURO PACIFIC GROWTH | A | Dividend | J | T | | | | | |
| 17. MUT FD T ROWE PRICE NEW ERA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MUT FD ROYCE HERITAE FD SERVICE CL | A | Dividend | J | T | | | | | |
| 19. MUT FD PIMCO Short Term | A | Dividend | K | T | | | | | |
| 20. MUT FD John Hancock Strategic | A | Dividend | J | T | | | | | |
| 21. IRA at FIDELITY INVESTMENTS as follows: | | | | | | | | | |
| 22. Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 23. MUT FD DAVIS N.Y. VENTURE CLASS A | A | Dividend | L | T | | | | | |
| 24. MUT FD DRYDEN GLOBAL REAL E STATE CLA | A | Dividend | K | T | | | | | |
| 25. MUT FD AMERICAN EUROPE GROW TH CL F1 | A | Dividend | L | T | | | | | |
| 26. MUT FD T ROWE PRICE NEW ERA | B | Dividend | K | T | | | | | |
| 27. MUT FD T ROWE PRICE EMERGING M KTS | A | Dividend | K | T | | | | | |
| 28. MUT FD ROYCE HERITAGE FD SERVI CE CL | A | Dividend | K | T | | | | | |
| 29. MUT FD VANGUARD 500 INDEX | A | Dividend | L | T | | | | | |
| 30. MUT FD PIMCO TOTAL RETURN | A | Dividend | K | T | | | | | |
| 31. MUT FD PIMCO SHORT TERM | A | Dividend | L | T | | | | | |
| 32. MUT FD shares Barclays Treas. | B | Dividend | L | T | | | | | |
| 33. MUT FD Ishares Barclays 1-3 yr. | B | Dividend | L | T | | | | | |
| 34. MUT FD Arbitrage Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MUT FD Fidelity Floating | A | Dividend | K | T | | | | | |
| 36. MUT FD Federated Prudent Bear | A | Dividend | | | Sold | 08/23/11 | K | A | |
| 37. MUT FD John Hancock Strategic | D | Dividend | L | T | | | | | |
| 38. MUT FD Hussman Strategic | A | Dividend | K | T | | | | | |
| 39. MUT FD JP Morgan Highbridge | | None | K | T | | | | | |
| 40. MUT FD Permanent Portfolio | A | Dividend | K | T | Buy | 08/23/11 | K | | |
| 41. MUT FD ALPS ETF TR Alerian | A | Dividend | K | T | Buy | 08/23/11 | J | | |
| 42. Real Estate Worcester Co. MD Purchased 6/07 $213,000 | A | Rent | M | R | | | | | |
| 43. Real Estate Ba. Co. MD ▒▒▒ Interest Appraisal 7/2008 | A | Rent | P1 | Q | | | | | |
| 44. CD Bank of America | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Appraisal for asset listed on line 53 was done as of 07/15/08 (date of death).

| Name of Person Reporting | Date of Report |
|---|---|
| Keir, Duncan W. | 5/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Duncan W. Keir**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544